**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Wilson ODOM, Defendant–**
**Appellant.**

**No. 01–6633.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Robert Wilson Odom, pro se. Timika Shafeek, Assistant United States Attorney, Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Wilson Odom appeals from the district court's orders denying his motion for modification of his sentence and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm substantially * on the reasoning of the district court. *United States v. Odom,* No. CR–97–180 (W.D.N.C.

---

\* To the extent that Odom's claim under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), was properly before the court pursuant to 18 U.S.C.A. § 3582 (West 2000), the claim lacks merit: Odom's 198 month sentence was less than the statutorily authorized maximum penalty. *See United States v. Angle,* 254 F.3d 514, 518 (4th Cir. 2001) (en banc).

Feb. 16, 2001; filed Mar. 29, 2001, entered Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*